UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

This Document Relates To:

*Kimberly Garland v. Bayer HealthCare Pharmaceuticals Inc., et al.*          No. 12-cv-11249-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation filed on August 4, 2016, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
Deputy Clerk

Digitally signed by
Judge David R. Herndon
Date: 2016.08.05
15:29:44 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT